**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Richard Andert Robins v. Commission for Lawyer Discipline d/b/a Texas Bar a/k/a State Bar of Texas

Appellate case number:      01-19-00011-CV

Trial court case number:      2018-46488

Trial court:      61st District Court of Harris County

Appellant, Richard Andert Robins, has filed a motion to extend time to February 8, 2021, to file a motion for en banc reconsideration. Appellant's motion is **granted** and appellant is **ordered** to file a motion for en banc reconsideration, if any, no later than February 8, 2021.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature:    /s/ Sherry Radack
                    ☑ Acting individually    ☐ Acting for the Court

Date: January 21, 2021